IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 5:98cr36-SPM

GERALD FULTON,

    Defendant.
_____/

## NOTICE OF INTENT TO REDUCE SENTENCE

Review of the record in this case reveals that the defendant, Gerald Fulton, is entitled to a sentence reduction based on a 2007 guideline amendment that lowers the guideline sentencing range for certain categories of offenses involving crack cocaine. U.S.S.G. Amend. 706. Amendment 706 was made retroactive, effective March 3, 2008.

Fulton was sentenced in 1999 to a term of 211 months. Fulton's guideline range at the time of sentencing was 188 to 235 months, based on a total offense level of 36. Under the recent retroactive amendment, Fulton's guideline range is 151 to 188 months, based on a total offense level of 34.

As authorized under 18 U.S.C. § 3582(c)(2), the court intends to enter an order reducing Fulton's sentence to 169 months. Should there be objections to this proposed action by the court, those objections must be filed by March 17, 2008. Copies of any such objections shall be served on all other interested

parties, i.e., the defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons, as appropriate.

The clerk shall send a copy of this notice to the defendant, retained defense counsel if any, the United States Public Defender, the United States Attorney, and the Bureau of Prisons.

SO ORDERED this 3rd day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:98cr36-SPM