AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Gerald Fulton ) | Case No: 5:98cr36-002 |
| ) | USM No: 04437-017 |
| Date of Previous Judgment: March 19, 1999 ) | Christopher N. Patterson |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __211__ months **is reduced to** __169__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __36__     Amended Offense Level: __34__
Criminal History Category: __I__     Criminal History Category: __I__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: __151__ to __188__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
As with the original sentence, the amended sentence is at the mid-point of the guideline range.

Except as provided above, all provisions of the judgment dated __March 19, 1999__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __March 24, 2008__     *s/ Stephan P. Mickle*
                                                                                     Judge's signature

Effective Date: _____     Stephan P. Mickle, United States District Judge
   (if different from order date)                              Printed name and title